**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/16/20 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22253-TPA |
| Todd Ussack | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 11/13/2020 |
| | : | Time: | 10:00 |

**PROCEEDING MEMO**

**MATTER**   #37 MFRS by Wilmington Trust, N.A.
    #45 Resp. by Debtor
    #46 Reply to Resp. by Debtor
    #49 Text Order Dismissing Reply

**APPEARANCES:**
    Debtor:    T. Corey Zutz
    Trustee:    Ronda Winnecour
    Wilmington Trust:  Kaitlin Shire

**NOTES:**

Shire:    This is a serial filer, 3 cases since May. They were dismissed due to lack of plan payments. Schedules show income has decreased since last case.

    (10:42)
J. Zutz:
    Debtor was transitioning between jobs.

    Currently, Debtor is paying slightly ahead.

Winnecour:

**OUTCOME:**    Motion DENIED. Fees not to be assessed against the Debtor for bringing this Motion. Chambers to issue Order.

jlm